SIMMONS, JANNACE & STAGG, L.L.P.
Attorneys for Defendant
Chase Manhattan Bank, USA, N.A.
75 Jackson Avenue
Syosset, New York 11791
(516) 357-8100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KURZ,<br><br>                Plaintiff,<br><br>      - against -<br><br>CHASE MANHATTAN BANK USA, N.A.,<br><br>                Defendant. | Docket No.<br>03 Civ. 5678 (WCC)<br><br><br>**NOTICE OF<br>CHANGE OF ADDRESS** |

      **PLEASE TAKE NOTICE** that as of April 18, 2005, **Simmons, Jannace & Stagg**, **L.L.P.**, counsel for Defendant CHASE MANHATTAN BANK USA, N.A., has a new address:

        **75 Jackson Avenue**
        **Syosset, New York  11791**

    The telephone and fax numbers are unchanged.

Dated:    East Meadow, New York
           April 13, 2005

                                  Simmons, Jannace & Stagg, L.L.P.
                                  Attorneys for Defendant
                                  CHASE MANHATTAN BANK USA, N.A.


                            By:  _s/ Andrew Kazin_____
                                 Andrew Kazin (ak-9932)

TO:
Daniel Kurz
***Plaintiff Pro Se***
11 Dover Terrace
Monsey, New York 10952

```
Clerk of the Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York  10601
```

not address chg ecf