**CERTIFICATE OF SERVICE**

DANIEL KURZ
v.
CHASE MANHATTAN BANK USA, N.A.

U.S.D.C., Southern District of New York
Docket No. 03CV5678 (WCC)

This is to certify that a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was mailed, first class mail, postage prepaid, on this 13th day of April, 2005, to:

Daniel Kurz
***Plaintiff Pro Se***
11 Dover Terrace
Monsey, New York 10952

BY:   s/ Andrew Kazin
ANDREW KAZIN (ak-9932)
Simmons, Jannace & Stagg, L.L.P.